IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cameron, Beverly A

Printed:  3/25/08

Case Number:  06 B 12796
Judge:  Goldgar, A. Benjamin
Filed:  10/9/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed - No Disch:  February 29, 2008
Confirmed:  November 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 47,478.11 |  |
| Secured: |  | 270.00 |
| Unsecured: |  | 134.13 |
| Priority: |  | 330.09 |
| Administrative: |  | 6,315.00 |
| Trustee Fee: |  | 392.81 |
| Other Funds: |  | 40,036.08 |
| Totals: | 47,478.11 | 47,478.11 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,493.00 | 2,493.00 |
| 2. | Robert J Semrad & Associates | Administrative | 3,822.00 | 3,822.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 5. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 6. | Homan Square Association | Secured | 5,000.00 | 270.00 |
| 7. | SN Servicing Corporation | Secured | 9,164.00 | 0.00 |
| 8. | Wells Fargo Home Mortgage | Secured | 3,099.89 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 330.09 | 330.09 |
| 10. | Illinois Dept of Revenue | Unsecured | 134.13 | 134.13 |
| 11. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 582.88 | 0.00 |
| 12. | Homan Square Association | Unsecured | 7,101.32 | 0.00 |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | F & W LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 31,727.31 | $ 7,049.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 72.45 |
| 5.4% | 320.36 |
|  | _____ |
|  | $ 392.81 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cameron, Beverly A

Printed:  3/25/08

Case Number:  06 B 12796
Judge:  Goldgar, A. Benjamin
Filed:  10/9/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

